UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOWARD K. SLACK,

            Plaintiff,

   v.

THE CITY OF LOS ANGELES, et al.

            Defendant.

)Case No. CV 08-01566-CAS (SHx)
)
)[PROPOSED] PROTECTIVE ORDER RE
)EX PARTE APPLICATION FOR ENTRY
)OF STIPULATION AND PROTECTIVE
)ORDER RE PRODUCTION OF
)CONFIDENTIAL PEACE OFFICER
)PERSONNEL INFORMATION
)
)**Courtroom:  5**
)
)**Hon. Christina A. Snyder**
)
)
)

    The Los Angeles County Police Department's Ex Parte Application was considered by this court. After review of the Los Angeles County Police Department's Application, the Memorandum of Points and Authorities, and the submitted Stipulation signed by counsel for plaintiff and defense, in this case,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

    The Los Angeles County Police Department is producing, pursuant to subpoena duces tecum, documents deemed confidential for a five year period before the date of the incident, under California state law, i.e., personnel records of peace officers. See Cal. Pen. Code §§ 832.7. Such documents shall hereinafter be referred to as "Confidential Information." The parties agree that the following terms and conditions of this Protective Order shall

govern the use and disclosure of Confidential Information and information derived therefrom.

1.   Under no circumstances shall Confidential Information be used in any proceeding other than the instant case or be disseminated, in any form, except by court order.

2.   Under no circumstances shall Confidential Information either orally, or by written form, be inputted into any computer program or database or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel.   This does not apply to any computer program or case file maintained specifically as to this civil action.

3.   Disclosure of Confidential Information shall be limited to the personnel and/or classification of persons listed below:

    (a)   Counsel for any party to this action;

    (b)   Staff personnel employed by counsel for any party;

    (c)   The court and its personnel, in connection with this litigation;

    (d)   Experts or consultants retained to work on this case by counsel for any party to this case;

    (e)   Investigators retained by counsel for any party to this case, as indicated above; and,

    (f)   Plaintiff Howard K. Slack.

4.   Defense counsel shall not provide to the defendant, either orally or in writing, with the addresses and telephone numbers of persons identified within the Confidential Information, but may discuss the information obtained from any investigation conducted with complainants or witnesses.

1    5.    Counsel for any party to this action shall advise those

2  individuals to whom disclosure of Confidential Information is to be

3  made of the contents of this Protective Order, and such counsel

4  shall obtain the consent of such individual that he or she will be

5  bound by this Protective Order.  In the event such individual does

6  not consent to be bound by this Protective Order, no disclosure of

7  Confidential Information will be made to such individual.

8    6.    Any counsel, expert, consultant or investigator retained

9  by counsel for any party to this case shall not refer to

10  Confidential Information in any other court proceeding subject to

11  further order of this court.

12    7.    This Protective Order, and the obligations of all persons

13  thereunder, including those relating to the disclosure and use of

14  Confidential Information, shall survive the final termination of

15  this case, whether such termination is by settlement, judgment,

16  dismissal, appeal or otherwise, until further order of the court.

17    8.    Nothing in this Protective Order is intended to prevent

18  officials or employees of the Los Angeles County Police Department

19  or other authorized individuals from having access to Confidential

20  Information to which they would have had access in the normal

21  course of their duties.

22

23

24  DATED:  _9/5/08_____        _____

25                                     CHRISTINA A. SNYDER

26                                     United States ~~District~~ Court
                                       Judge           MAG

27

28

-3-