UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1566-CAS(SHx) | Date | October 21, 2008 |
|---|---|---|---|
| Title | *HOWARD K. SLACK v. THE CITY OF LOS ANGELES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court notes that defendants ROBERT C. ALANIZ and STELLA ESTRADA are the only remaining defendants and, to date, have not made appearances in the above-referenced action. Pursuant to this Court's order and judgment entered October 21, 2008, the Court hereby vacates all dates.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 5, 2008** why this action should not be dismissed for lack of prosecution **as to defendants ROBERT C. ALANIZ; and STELLA ESTRADA, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A Proof of Service of the Summons on the First Amended Complaint and First Amended Complaint on **defendants ROBERT C. ALANIZ; and STELLA ESTRADA**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |