O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOWARD K. SLACK, an individual<br><br>Plaintiff,<br><br>vs.<br><br>The CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; CHIEF OF POLICE WILLIAM J. BRATTON, a public official; ROBERT C. ALANIZ, an individual; STELLA ESTRADA, an individual; V. MARTINEZ, an individual; J. JOHNSON, an individual; P. ESPINOSA, an individual; J. HART, an individual; SGT. B. FITZPATRICK, an individual; DETECTIVE K. GILBERT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08-1566 CAS (SSx)<br><br>**JUDGMENT** |

Consistent with the findings of the Court's order, judgment is entered in favor of defendants and against plaintiff Howard K. Slack, each side to bear its own attorneys' fees and costs.

Dated: October 21, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE